# United States Court of Appeals
## For the First Circuit

No. 15-1900

UNITED STATES OF AMERICA,

Appellant,

v.

ÁNGEL GABRIEL FERNÁNDEZ-JORGE,

Defendant, Appellee.

_____

No. 15-1975

UNITED STATES OF AMERICA,

Appellee,

v.

BRIAN PÉREZ-TORRES,

Defendant, Appellant.

_____

No. 15-2001

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ A. DE LA CRUZ-VÁZQUEZ,

Defendant, Appellant.

_____

No. 15-2104

UNITED STATES OF AMERICA,

Appellee,

v.

EDWIN OTERO-DÍAZ,

Defendant, Appellant.

_____

No. 15-2168

UNITED STATES OF AMERICA,
Appellee,

v.

ISAÍAS MENDOZA-ORTEGA,
Defendant, Appellant.

_____

No. 15-2244

UNITED STATES OF AMERICA,
Appellee,

v.

EDWIN OTERO-MÁRQUEZ,
Defendant, Appellant.

_____

**ERRATA SHEET**

The opinion of this Court, issued on June 26, 2018, is amended as follows:

On page 18, footnote 8, line 2, insert "were located" after "tunnel"